Matthew J. Ruggles, Bar No. 173052
mruggles@ruggleslawfirm.com
RUGGLES LAW FIRM
7940 California Avenue
Fair Oaks, California 95628
Telephone: 916.758.8058
Fax No.: 916.758.8048

Attorney for Plaintiff
SERGIO ROMERO

Michael L. Kibbe, Bar No. 302137
mkibbe@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Brandon P. Macken, Bar No. 345748
bmacken@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando 7th Floor
San Jose, California 95113.2431
Telephone: 408.998.4150
Fax No.: 408.288.5686

Attorneys for Defendant
TRIBUNE MEDIA COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ROMERO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TRIBUNE MEDIA COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03143-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT**<br><br><br>Complaint Filed: November 13, 2024 |

LITTLER MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, CA
95113.2431
408.998.4150

JOINT STIPULATION AND ORDER TO
EXTEND DEADLINE
CASE NO. 2:24-CV-03143-AC

This Joint Stipulation To Extend Deadline to Respond To Complaint is made by and between Plaintiff SERGIO ROMERO ("Plaintiff") and Defendant TRIBUNE MEDIA COMPANY ("Defendant") (collectively, the "Parties") by and through Defendant's counsel of record and Plaintiff's counsel of record for good cause. The Parties stipulate as follows:

WHEREAS, on or about November 13, 2024, Plaintiff commenced this action in the United States District Court, Eastern District of California.

WHEREAS, on or about November 14, 2024, Plaintiff issued a summons to Defendant.

WHEREAS, under Federal Rule of Civil Procedure 12, Defendant is required to file and serve an answer or motion within twenty-one days (21) days from November 14, 2024, making the initial responsive pleading deadline December 5, 2024.

WHEREAS, the Plaintiff and Defendant met and conferred to agree to extend the responsive pleading deadline fourteen (14) days from December 5, 2024, making the new responsive pleading deadline December 19, 2024.

WHEREAS, Defendant is still investigating the claims and met and conferred with Plaintiff to extend the responsive pleading deadline eight (8) days from December 19, 2024, making the new responsive pleading deadline December 27, 2024.

NOW, THEREFORE, the parties hereby STIPULATE AND AGREE as follows pending the approval of this Court:

1. Defendant's current responsive pleading deadline of December 19, 2024 shall be extended by eight (8) days, and Defendant shall file and serve its responsive pleading to Plaintiff's Complaint no later than December 27, 2024.

**IT IS SO STIPULATED.**

LITTLER MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, CA
95113.2431
408.998.4150

2

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE
CASE NO. 2:24-CV-03143-AC

Dated: December 19, 2024          RUGGLES LAW FIRM

_[signature]_
_____
Matthew J. Ruggles

Attorney for Plaintiff
SERGIO ROMERO

Dated: December 19, 2024          LITTLER MENDELSON, P.C.

_[signature]_
_____
Michael L. Kibbe
Brandon P. Macken

Attorneys for Defendant
TRIBUNE MEDIA COMPANY

LITTLER MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, CA
95113.2431
408.998.4150

3

JOINT STIPULATION AND ORDER TO
EXTEND DEADLINE
CASE NO. 2:24-CV-03143-AC

## **ORDER**

The Court, having considered the Parties' Joint Stipulation to Extend Deadline to Respond to Complaint, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS: GRANTED.

1. Defendant's current responsive pleading deadline of December 19, 2024 shall be extended by eight (8) days, and Defendant shall file and serve its responsive pleading to Plaintiff's Complaint no later than December 27, 2024.

**IT IS SO ORDERED**.

DATED: December 23, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, CA
95113.2431
408.998.4150

4

JOINT STIPULATION AND ORDER TO
EXTEND DEADLINE
CASE NO. 2:24-CV-03143-AC