Matthew J. Ruggles, Bar No. 173052
mruggles@ruggleslawfirm.com
RUGGLES LAW FIRM
7940 California Avenue
Fair Oaks, California 95628
Telephone: 916.758.8058
Fax No.: 916.758.8048

Attorney for Plaintiff
SERGIO ROMERO

Michael L. Kibbe, Bar No. 302137
mkibbe@littler.com
Elyse MacNamara, Bar No. 319887
emacnamara@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendant
TRIBUNE MEDIA COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>TRIBUNE MEDIA COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03143-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL**<br><br>Trial Date: October 19, 2026 |

# [~~PROPOSED~~] ORDER

The Court, having considered the Parties' Joint Stipulation to Continue the Final Pretrial Conference and Trial, and for good cause, **GRANTS** the stipulation.

IT IS HEREBY ORDERED:

1. The Final Pretrial Conference is continued from September 9, 2026 to November 4, 2026 at 10:00 a.m.
2. The Trial is continued from October 19, 2026 to December 14, 2026 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, CA
95113.2431
408.998.4150